United States District Court
Southern District of Texas
**ENTERED**
November 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RANDALL FINLEY, DANIEL GUILLORY, KENNETH EDDIE JOHNSON, DAVID BLOOD, § § § § | | |
| Plaintiffs, § | | |
| VS. § | CIVIL ACTION NO. 3:22-CV-111 | |
| § | | |
| SANCHEZ OIL & GAS CORPORATION, § | | |
| § | | |
| Defendants. § | | |

## ORDER OF DISMISSAL

On November 14, 2022, the parties informed the court that the case has settled. The parties have filed a Joint Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 18.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 15th day of November, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE